UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIZWAN SHAH,<br>14403 Saint Gregory Way,<br>Accokeek, MD 20607<br><br>   Plaintiff,<br><br>  v.<br><br>GUIDEHOUSE LLP,<br>1800 Tysons Blvd,<br>McLean VA 22102<br><br>   Defendant. | )<br>)<br>)<br>) Case No. 1:20-cv-03464<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE REQUIRED BY FRCP 7.1 AND LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Defendant, Guidehouse LLP, certifies that it is a limited-liability partnership organized under the laws of the State of Delaware, that Guidehouse Holdings Corporation is its parent corporation, and that no publicly held corporation owns ten percent or more of its stock.

Dated:  November 27, 2020

WINSTON & STRAWN LLP

By:  */s/ Patrick E. Hogan*
   Patrick E. Hogan
   1901 L Street NW
   Washington, DC 20036
   Telephone: 202-282-5000
   Facsimile: 202-282-5100
   phogan@winston.com

   **ATTORNEYS FOR DEFENDANT**
   **GUIDEHOUSE LLP**

## CERTIFICATE OF SERVICE

      I, Patrick Hogan, hereby certify that on November 27, 2020, or thereabouts, I caused a copy of the foregoing document to be served on counsel of record for Plaintiff in the above-captioned action via first-class mail:

Adam Augustine Carter  
The Employment Law Group, P.C.  
888 17th Street, NW, Suite 900  
Washington, DC 20006

                                     By:   */s/ Patrick E. Hogan*